**No. 49471.**—Protests 17094–K, etc., R. H. Stearns Co.  (Boston).

Opinion by OLIVER, P. J.  The plaintiff's only witness was the assistant jewelry buyer of the importing concern who stated that these boxes were sold in the jewelry department; that she had used one to hold her rosary beads and carried the box in her handbag.  She had also seen other women carry capsules and pills in the boxes which they carry in their handbags, and had also seen a box on a

dressing table, and conceded that the boxes could be used for stamps. The examiner and a clerk in the appraiser's office stated they did not know of what metal these boxes were made or the nature of the plating on them. The metal box in question, the court stated, is ejusdem generis with many of the articles eo nomine provided for in said paragraph 1527 (c). The only testimony offered tends to support the collector's classification. On the meager record presented the protests were overruled. Levy Corp. v. United States (12 Ct. Cust. Appls. 181, T. D. 40168), Gallagher v. United States (6 id. 105, T. D. 35343), and Hensel v. United States (6 id. 162, T. D. 35434) cited.